494 So.2d 214 (1986)
Maurice FERRE, Petitioner,
v.
STATE of Florida, Etc., Respondent.
No. 67630.
Supreme Court of Florida.
September 18, 1986.
Arthur J. England, Jr., Mitchell R. Bloomberg and Charles M. Auslander of Fine, Jacobson, Schwartz, Nash, Block and England, P.A., Miami, for petitioner.
Jim Smith, Atty. Gen., Janet Reno, State Atty. for Eleventh Judicial Circuit, and Anthony C. Musto, Asst. State Atty., Miami, for respondent.
PER CURIAM.
We approve of the well-reasoned opinion of Ferre v. State, 478 So.2d 1077 (Fla. 3d DCA 1985), and adopt it in its entirety.
It is so ordered.
McDONALD, C.J., and ADKINS, BOYD, OVERTON, EHRLICH, SHAW and BARKETT, JJ., concur.